**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

AMY F.,

Plaintiff,

v.

FRANK BISIGNANO, *Commissioner of the Social Security Administration*,

Defendant.

Case No. 25-cv-2371 (LMP/JFD)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Plaintiff Amy F. brought this action to seek judicial review of a final decision by the Commissioner of the Social Security Administration ("Commissioner") denying her application for Supplemental Security Income. *See generally* ECF No. 1. Amy F. asks the Court to reverse the Commissioner's decision and to remand this matter to the Social Security Administration for further consideration. *See generally* ECF No. 14. The Commissioner opposes Amy F.'s request for relief and asks the Court to affirm the Commissioner's decision in full. *See generally* ECF No. 20.

This matter is now before the Court on the Report and Recommendation of United States Magistrate Judge John F. Docherty, issued on July 22, 2026. ECF No. 26. Magistrate Judge Docherty recommends granting in part and denying in part the relief requested by both parties and ultimately recommends reversing the Commissioner's decision and remanding this matter for further proceedings. *Id.* at 23. Neither party has filed objections to the Report and Recommendation, so the Court reviews it for clear error. *See Braun v. Minnesota*, No. 22-cv-710 (JRT/JFD), 2022 WL 17038976, at *3 (D. Minn.

Nov. 17, 2022) (citing Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment); *see also Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Having reviewed the Report and Recommendation, the Court finds no clear error. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. 26) is **ADOPTED**;

2. The relief requested in Plaintiff Amy F.'s Memorandum of Law (ECF No. 14) is **GRANTED in part** and **DENIED in part**;

3. The relief requested in the Commissioner's Brief (ECF No. 20) is **GRANTED in part** and **DENIED in part**;

4. The final decision of the Commissioner with respect to Plaintiff Amy F.'s application for Supplemental Security Income is **REVERSED**; and

5. This matter is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation (ECF No. 26).[1]

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 18, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge

[1] The Report and Recommendation expressed concern about the ALJ's noncompliance with previous remand instructions and alternatively suggested that the Court "reverse the Commissioner's decision in its entirety and award [Amy F.] the benefits she seeks, without remand for further proceedings." ECF No. 26 at 23. No party objected or urged this approach, so the Court will follow the ordinary course and remand this case for further proceedings. The Court has every confidence that the ALJ will faithfully follow the remand instructions of a federal court. If not, outright reversal may be warranted.